IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02300-RPM

CENTER FOR NATIVE ECOSYSTEMS,
COLORADO NATIVE PLANT SOCIETY,
UTAH NATIVE PLANT SOCIETY and
SOUTHERN UTAH WILDERNESS ASSOCIATION,

        Plaintiffs,

v.

GALE NORTON, Secretary of the United States Department of the Interior, and
STEVEN WILLIAMS, Director of the United States Fish and Wildlife Service,

        Defendants.

## ORDER FOR STATUS REPORT

On June 30, 2005, the parties filed a status report stating, "The parties have reached amicable settlement of this matter." Nothing further has been filed with the Court. It is now

ORDERED that on or before September 26, 2005, the parties shall submit a status report regarding their efforts to resolve this dispute.

Dated: September 14, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge