**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-02300-RPM-PAC

CENTER FOR NATIVE ECOSYSTEMS;
COLORADO NATIVE PLANT SOCIETY;
UTAH NATIVE PLANT SOCIETY; and
SOUTHERN UTAH WILDERNESS ASSOCIATION,

    Plaintiffs,

vs.

GALE NORTON, Secretary of the United States Department of the Interior; and
MATTHEW HOGAN[1], Acting Director of the United States Fish and Wildlife Service,

    Defendants.

**ORDER RE: STIPULATED MOTION TO MODIFY DATE IN SETTLEMENT AGREEMENT**

The Court having reviewed the stipulated motion to modify date in settlement agreement and being fully advised in its premises hereby GRANTS the motion. The Service shall be granted an additional month to submit for publication in the *Federal Register* a proposed listing rule regarding Graham's penstemon, including a prudency determination for critical habitat, and if prudent, a proposed critical habitat rule to the Federal Register. The new deadline shall be January 9, 2006

---

    [1] **Mr. Hogan is substituted for Mr. Williams as Acting Director of the United States Fish and Wildlife Service pursuant to Fed. R. Civ. P. 25(d)(1).**

Done this 9th day of December, 2005.

BY THE COURT

s/Richard P. Matsch

_____
District Court Judge